# CIVIL COVER SHEET

The civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. (SEE INSTRUCTIONS ON THE REVERSE OF THE FORM.)

## (a) PLAINTIFFS
Allied Van Lines, Inc.

## DEFENDANTS
Pope Moving & Storage, INc., d/b/a Astro Moving & Storages, Joseph Verderber, Judith Verderber, Rudolph Verderber, Dorothy V`erderber, Paul Berkowitz and Barbara Berkowitz

**(b)** County of Residence of First Listed Plaintiff: **DuPage**
(EXCEPT IN U.S. PLAINTIFF CASES)

County of Residence of First Listed Defendant: **Broward**
(IN U.S. PLAINTIFF CASES ONLY)
NOTE: IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE LAND INVOLVED.

**(c)** Attorney's (Firm Name, Address, and Telephone Number)
Dombroff Gilmore Jaques & French, PC
10 S. LaSalle Street, Suite 1120, Chicago IL 60603
312-781-0200

Attorneys (If Known)

## II. BASIS OF JURISDICTION
[X] 4 Diversity (Indicate Citizenship of Parties in Item III)

## III. CITIZENSHIP OF PRINCIPAL PARTIES (For Diversity Cases Only)
Citizen of Another State: PTF [ ] 2 DEF [X] 2
Incorporated or Principal Place of Business In This State: PTF [X] 4 DEF [ ] 4
Incorporated and Principal Place of Business In Another State: PTF [ ] 5 DEF [X] 5

## IV. NATURE OF SUIT
[X] 190 Other Contract

## V. ORIGIN
[X] 1 Original Proceeding

## VI. CAUSE OF ACTION
28 US 1332. Breach of Contract and breach of personal guaranty

## VIII. REQUESTED IN COMPLAINT:
DEMAND $ 263,612.13
JURY DEMAND: [X] No

## IX. This case
[X] is not a refiling of a previously dismissed action.

DATE: 7/22/08

SIGNATURE OF ATTORNEY OF RECORD: *[signature]*