## U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS
### ATTORNEY APPEARANCE FORM

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

| | |
|---|---|
| In the Matter of<br>Allied Van Lines, Inc.<br>v.<br>Pope Moving & Storage, Inc., et al | Case Number:<br>FILED: JULY 22, 2008<br>08CV4143<br>JUDGE COAR<br>MAGISTRATE JUDGE ASHMAN |

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:
PH
Allied Van Lines, Inc.

| | |
|---|---|
| **NAME (Type or print)**<br>John R. Buscher | |
| **SIGNATURE** (Use electronic signature if the appearance form is filed electronically)<br>s/ *[signature]* | |
| **FIRM**<br>Dombroff Gilmore Jaques & French, PC | |
| **STREET ADDRESS**<br>10 S. LaSalle Street, Suite 1120, Chicago IL 60603 | |
| **CITY/STATE/ZIP**<br>Chicago, IL 60603 | |
| **ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS)**<br>6272012 | **TELEPHONE NUMBER**<br>312-781-0200 |

| | YES | NO |
|---|---|---|
| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? | | ✓ |
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? | | ✓ |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? | ✓ | |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? | | ✓ |

IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS.

RETAINED COUNSEL ☐    APPOINTED COUNSEL ☐