## United States District Court for the Northern District of Illinois

Case Number: 08CV4143                    Assigned/Issued By: DAJ

Judge Name:                                    Designated Magistrate Judge:

---

**FEE INFORMATION**

*Amount Due:*   ☐ $350.00    ☐ $39.00    ☐ $5.00

☐ IFP    ☐ No Fee    ☐ Other _____

☐ $455.00

Number of Service Copies _____    Date: _____

(For Use by Fiscal Department Only)

Amount Paid: _____    Receipt #: _____

Date Payment Rec'd: _____    Fiscal Clerk: _____

---

**ISSUANCES**

☑ Summons                              ☐ Alias Summons

☐ Third Party Summons                  ☐ Lis Pendens

☐ Non Wage Garnishment Summons         ☐ Abstract of Judgment

☐ Wage-Deduction Garnishment Summons   _____
                                       _____
☐ Citation to Discover Assets          (Victim, Against and $ Amount)

☐ Writ _____
        (Type of Writ)

__7__ Original and __0__ copies on __08/05/08__ as to __DEF'S.__
                                        (Date)

C:\wpwin80\docket\feeinfo.frm    03/14/05