UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| ALLIED VAN LINES, INC., <br><br> Plaintiffs, <br><br> vs. <br><br> POPE MOVING & STORAGE, INC., d/b/a ASTRO MOVING & STORAGE, JOSEPH VERDERBER, JUDITH VERDERBER, RUDOLPH VERDERBER, DOROTHY VERDERBER, PAUL BERKOWITZ and BARBARA BERKOWITZ, | Case No. 08 c 4143 |

**PLAINTIFFS' MOTION FOR EXTENSION OF TIME IN WHICH TO APPEAR, ANSWER OR OTHERWISE PLEAD**

NOW COME the Plaintiff, Allied Van Lines, Inc. ("Allied"), by and through its attorneys, Dombroff Gilmore Jaques & French, and in support of this Motion for Extension of Time in Which to Appear, Answer or Otherwise Plead states as follows:

1.   The Complaint herein was filed on or about July 22, 2008.

2.   Summonses were issued as to all defendants on or about August 5, 2008.

3.   As of the date of this Complaint, Allied has yet to receive a report on the status of service for each of said summonses but has been in contact with attorneys representing Defendant Joseph Verderber ("Verderber") and attorneys representing Defendants Paul and Barbara Berkowitz.

4.   Allied is currently negotiating with the attorneys for Verderber for a blanket settlement of all outstanding claims.

5. Pursuant to said negotiations, and with respect to any Defendants who have been served as of this date, Allied would like to extend the time for said Defendants to appear, answer or otherwise plead to October 3, 2008.

6. With respect to any Defendants who have not been served as of this Date Allied would like to extend the time for them to appear, answer or otherwise plead to either October 3, 2008 or a date 20 days after the date on which they may be served, whichever is later.

**WHEREFORE**, the Plaintiff, Allied Van Lines, Inc. prays that this Honorable Court enter an Order extending the time for Defendants to Appear, Answer or Otherwise plead and for such other relief as the Court deems just and proper.

Allied Van Lines, Inc.

By: _____
John R. Buscher
One of their Attorneys

Dombroff Gilmore Jaques & French, PC
Dennis E. French
ARDC #3126101
John R. Buscher
ARDC #6272012
10 South LaSalle Street, Suite 1120
Chicago, Illinois 60603
(312) 781 – 0200
Counsel for Plaintiff

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| ALLIED VAN LINES, INC., <br><br> Plaintiffs, <br><br> vs. <br><br> POPE MOVING & STORAGE, INC., d/b/a ASTRO MOVING & STORAGE, JOSEPH VERDERBER, JUDITH VERDERBER, RUDOLPH VERDERBER, DOROTHY VERDERBER, PAUL BERKOWITZ and BARBARA BERKOWITZ, | ) ) ) ) ) ) ) Case No. 08 c 4143 ) ) ) ) ) ) ) ) |

**PROPOSED ORDER**

The plaintiff, Allied Van Lines, Inc. brought this action for breach of contract and breach of personal guaranty. Allied stipulates and agreed that:

1. With respect to all Defendants upon whom service has been effected as of the date of this order, the period in which to appear, answer or otherwise plead is extended to October 3, 2008.

2. With respect to all Defendants upon whom service has not been effected as of the date of this Order, the period in which to appear, answer or otherwise plead is extended to either October 3, 2008 or a date 20 days from the date on which service is effected, whichever is later.

Dated:_____

_____
UNITED STATES DISTRICT JUDGE

Dombroff Gilmore Jaques & French, P.C.
10 S. LaSalle Street, Suite 1120
Chicago, Illinois 60603
(312) 781-0200
Attorneys for Plaintiff, Allied Van Lines, Inc.