UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

ALLIED VAN LINES, INC., )
)
Plaintiffs, )
)
vs. ) Case No. 08 c 4143
)
POPE MOVING & STORAGE, INC., d/b/a )
ASTRO MOVING & STORAGE, JOSEPH )
VERDERBER, JUDITH VERDERBER, )
RUDOLPH VERDERBER, DOROTHY )
VERDERBER, PAUL BERKOWITZ and )
BARBARA BERKOWITZ, )

## NOTICE OF MOTION

To: Ex Parte

You are hereby notified that on September 11, 2008 at 9:0 o'clock a.m., the attached Motion for an Extension of Time in Which to Appear, Answer or Otherwise Plead will be heard by the Honorable Judge David H. Coar in Courtroom 1419 located at the United States Courthouse, Dirksen Building, 219 South Dearborn Street, Chicago, Illinois, 60604, at which time you may appear and be heard.

_John R. Buscher_
John R. Buscher
Attorney for Plaintiff

## PROOF OF SERVICE

I, John R. Buscher, the attorney, certify that I served this Notice by mailing a copy to the above named party at the above listed addresses by depositing same, with pre-paid postage attached, into the U.S. mail at 25 E. Washington St., Chicago, Illinois at or before 5:00 p.m. on the 3rd day of September, 2008.

_John R. Buscher_
John R. Buscher
ARDC 6272012

DOMBROFF & GILMORE, P.C.
10 S. LaSalle St., Suite 1120
Chicago, IL 60603
(312) 781-0200